UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT ALAN KLINE,

    Petitioner,

v.                                     Case No. 3:20cv5422-LC-HTC

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2020 (ECF No. 2). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner Kline filed a response (ECF No. 3), in which he agrees to the dismissal of this case.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 2) is adopted and incorporated by reference in this order.

2. Plaintiff's petition (ECF Doc. 1) is dismissed without prejudice.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of May, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**